

**FILED**
11/17/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ricky Price #20170420019

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Dept.
Investagater LYONS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

17c 7505
Judge Jorge L. Alonso
Magistrate Judge Jeffrey T. Gilbert
PC 4

Case No:_____
(To be supplied by the Clerk of this Court)

**RECEIVED**
OCT 1 7 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Ricky Price
   B. List all aliases: N/A
   C. Prisoner identification number: 20170420019
   D. Place of present confinement: C.C.D.O.C.
   E. Address: 2600 S. California, Chicago, Ill 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Investagater Lyons
      Title: C.P.D Investagater
      Place of Employment: ~~555~~ Chicago Police Department

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**


IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 8, 2017 at 2:30p.m Two people where shot in the ally of the 4700 Blk. of Eric st, the police put out an Investergater's Alert for me, they arrested me on April 19, 2017 and charge me with aggravited battary/discharge of a fire arm, they took me to Belmont and Western and qurstion me about the incendent, he told me they had footage of what took place that afternoon in the ally which do not have me on it, they have my co-defendent who I don't know on the footage, also there is no physical evidence linking me to this crime, and the States Attorney and private Investergater still charge me, There is no other information available other than the case number # - 17CR0660802 that I'm being held on here at Cook County Jail for this false arrest

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would Like Monetary Compensation for the False Arrest, Wrongful Encarceration, Mental Anguish and Pain and Suffering as a result of my false Arrest, and to be Compensated (Monetary) for Loss of Wages and Malicious Prosecution.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14th day of Sept, 20 17

(Signature of plaintiff or plaintiffs)

Ricky Price
(Print name)

2017042019
(I.D. Number)

2600 S. California Ave

Chicag, Ill 60608
(Address)




17c 7505
Judge Jorge L. Alonso
Magistrate Judge Jeffrey T. Gilbert
PC 4

Ricky Price #20170430019
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Prisoner Correspondence
Office of
Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

05cH

10/17/2017-19